UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ANTHONY L. MCNAIR, )
    Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:12-CV-192-F
)
MILTON F. FITCH, JR., JOHN E. CLARK )
JR., KEITH WERNER and JEFFREY A., )
MARSIGLI, )
    Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the M&R in its entirety; that the Plaintiff's complaint is DISMISSED and all pending motions are DENIED as moot. The Plaintiff shall PAY sanctions in the amount of $350.00.

**This Judgment Filed and Entered on June 4, 2013, and Copies To:**

Anthony L. McNair (1228 Hill Street, Rocky Mount, NC 27801)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| June 4, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |