UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. McNAIR,<br>    Plaintiff,<br><br>v.<br><br>MILTON F. FITCH, JR., et al,<br>    Defendants. | **AMENDED JUDGMENT**<br><br>No. 4:12-CV-192-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Reconsideration is ALLOWED, and the court's June 4, 2013, Order at [12] adopting the M&R in its entirety, and the corresponding Judgment at [13] are hereby VACATED. The court finds, upon its *de novo* review, that Plaintiff's claims still must be DISMISSED as frivolous pursuant to 28 U.S.C. § 1915.

**This Judgment Filed and Entered on June 18, 2013, and Copies To:**

Anthony L. McNair (1228 Hill Street, Rocky Mount, NC 27801)

DATE  
June 18, 2013

JULIE A. RICHARDS, CLERK  
/s/ Susan K. Edwards  
(By) Susan K. Edwards, Deputy Clerk