UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-192-F

| | |
|---|---|
| ANTHONY L. MCNAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| MILTON F. FITCH, JR., ) | |
| JOHN E. CLARK, JR., ) | |
| KEITH WERNER, and ) | |
| JEFFREY A. MARSIGLI, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Motion for Reconsideration Counterclaim [DE-17] filed by the *pro se* Plaintiff Anthony L. McNair. Therein, Plaintiff appears to try to assert a claim against various federal judges in this district.

Judgment has been entered in this action, and this case is therefore closed. Plaintiff cannot assert a claim in this case. The Motion for Reconsideration Counterclaim [DE-17] is therefore DENIED.

SO ORDERED.

This the 27th day of June, 2013.

James C. Fox
Senior United States District Judge